| | |
|---|---|
| NEW CIVIL LIBERTIES ALLIANCE | GURBIR S. GREWAL |
| KARA ROLLINS (Attorney ID 107002014) | Attorney General of New Jersey |
| Litigation Counsel | R.J. Hughes Justice Complex |
| HARRIET HAGEMAN (*Pro Hac Vice*) | P.O. Box 112 |
| Senior Litigation Counsel | 25 Market Street |
| JARED MCCLAIN (*Pro Hac Vice*) | Trenton, New Jersey 08625-0112 |
| Staff Counsel | By: STUART M. FEINBLATT (ID: 018781979) |
| 1225 19th Street NW, Suite 450 | Assistant Attorney General |
| Washington, DC 20036 | (609) 376-3192 |
| (202) 869-5210 | Stuart.feinblatt@law.njoag.gov |
| *Counsel to Plaintiffs* | *Counsel to Defendants* |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY
# CAMDEN VICINAGE

| | |
|---|---|
| MATTHEW JOHNSON, *et al.*, | HON. NOEL L. HILLMAN, U.S.D.J. |
| | HON. JOEL SCHNEIDER, U.S.M.J. |
| *Plaintiffs*, | Civil Action No. |
| v. | 1:20-cv-06750-NLH-JS |
| PHILIP D. MURPHY, *et al.*, | |
| *Defendants*. | |

## STIPULATION OF DISMISSAL OF COUNTS V, VI, VII, & VIII

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Plaintiffs, with the signed consent of the Defendants, enter this stipulation to voluntarily dismiss, without prejudice, the Plaintiffs' causes of action arising under New Jersey state law. Specifically, the Plaintiffs dismiss Counts V, VI, VII, and VIII of their Amended Verified Complaint.

Dated: December 9, 2020                            Respectfully Submitted,

/s/ *Kara Rollins*
_____

KARA ROLLINS (Attorney ID 107002014)
Litigation Counsel
HARRIET HAGEMAN (*Pro Hac Vice*)
Senior Litigation Counsel
JARED MCCLAIN (*Pro Hac Vice*)
Litigation Counsel
NEW CIVIL LIBERTIES ALLIANCE
1225 19th Street NW, Suite 450
Washington, DC 20036
Telephone:     (202) 869-5210
Facsimile:      (202) 869-5238
Kara.Rollins@ncla.legal

*Counsel to Plaintiffs*


GURBIR S. GREWAL
Attorney General of New Jersey

By: /s/Stuart M. Feinblatt
STUART M. FEINBLATT
Assistant Attorney General

*Counsel to Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2020, I electronically filed the foregoing Stipulation of Dismissal with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to all counsel of record.

/s/ *Kara Rollins*

_____

KARA ROLLINS (Attorney ID 107002014)